## Carl Franks, Plaintiff-Appellant, v. Adelaide Childs, Defendant-Appellee.

Gen. No. 10,515. ■■■■■■■■■■■

Weston & Keenan, and Berry & Simmons, for appellant; Max A. Weston, of counsel; Thomas & Davis, for appellee; Charles H. Davis, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed September 27, 1951; rehearing denied December 13, 1951; released for publication December 13, 1951.